ORIGINAL FILED

JUL - 3 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

E-filing

1  Neal R. Marder (SBN: 126879)
   nmarder@winston.com
2  Kyle R. Gehrmann (SBN: 212032)
   kgehrmann@winston.com
3  WINSTON & STRAWN LLP
   333 South Grand Avenue, 38th Floor
4  Los Angeles, CA 90071-1543
   Telephone:  213-615-1700
5  Facsimile:  213-615-1750

6  Attorneys for Defendants
   MEDQUIST, INC. and
7  MEDQUIST TRANSCRIPTIONS, LTD.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

KAISER FOUNDATION HEALTH PLAN, INC., KAISER FOUNDATION HOSPITALS, THE PERMANENTE MEDICAL GROUP, INC., SOUTHERN CALIFORNIA PERMANENTE MEDICAL GROUP, KAISER FOUNDATION HEALTH PLAN OF THE MID-ATLANTIC STATES, INC., and KAISER FOUNDATION HEALTH PLAN OF COLORADO

Plaintiffs,

v.

MEDQUIST INC. and MEDQUIST TRANSCRIPTIONS, LTD.

Defendants.

C08-03245 JCS

**DEFENDANT MEDQUIST INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

[LOCAL RULE 3-16]

COPY

VIA FAX

Winston & Strawn LLP
333 South Grand Avenue
Los Angeles, CA 90071-1543

DEFENDANT MEDQUIST INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. Koninklijke Philips Electronics N.V., a company formed under the laws of the Netherlands, is the beneficial owner of record of approximately 70 percent of MedQuist Inc.'s common stock.

2. Koninklijke Philips Electronics N.V. has agreed to sell its ownership interest in MedQuist Inc. to CBay Systems Holdings Ltd., a publicly traded holding company listed on the Alternative Investment Market ("AIM").

3. Newcastle Partners, L.P. ("NP"), a Texas limited partnership, is the owner of record of more than five percent of MedQuist Inc.'s common stock.

4. Newcastle Capital Management, L.P. ("NCM"), a Texas limited partnership, is the general partner of NP.

5. Newcastle Capital Group, L.L.C. ("NCG"), a Texas limited liability company, is the general partner of NCM.

6. Mark E. Schwarz, is the managing member of NCG, the general partner of NCM, which in turn is the general partner of NP.

7. Costa Brava Partnership III L.P. ("Costa Brava"), a Delaware limited partnership, is the owner of record of more than five percent of MedQuist Inc.'s common stock.

8. Roark, Rearden & Hamot, LLC, a Delaware limited liability company, is the general partner of Costa Brava.

\\\

9. Seth W. Hamot, is the president of Roark, Rearden & Hamot, LLC, which in turn is the general partner of Costa Brava.

Dated: July 3, 2008

WINSTON & STRAWN LLP

By: *Neal Marder /KRG*
Neal R. Marder
Attorneys for Defendants
MEDQUIST INC. and MEDQUIST
TRANSCRIPTIONS, LTD.

LA:216778.1

Winston & Strawn LLP
333 South Grand Avenue
Los Angeles, CA 90071-1543

2
DEFENDANT MEDQUIST INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

PROOF OF SERVICE

STATE OF CALIFORNIA   )
                      )  ss
COUNTY OF LOS ANGELES )

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Winston & Strawn, 333 South Grand Avenue, 38th Floor, Los Angeles, CA 90071-1543. On **July 3, 2008**, I caused to be served the within document(s):

**DEFENDANT MEDQUIST TRANSCRIPTIONS, LTD.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS [LOCAL RULE 3-16]**

☐ I sent such document(s) by electronic mail on **July 3, 2008**, to the addresses set forth below.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, addressed as set forth below.

☐ On **July 3, 2008**, I sent such document(s) from facsimile machine 213-615-1750. I certify that said transmission was completed and that all pages were received and that a report was generated by facsimile machine 213-615-1750 which confirms said transmission and receipt.

☐ by causing the document(s) listed above to be delivered via overnight delivery (United Parcel Service (UPS) to the person(s) at the address(es) set forth below or via overnight delivery (Federal Express) to the person(s) at the address(es) set forth below.

☐ by causing to be personally delivered the document(s) listed above to the person(s) at the address(es) set forth below.

SEE ATTACHED SERVICE LIST

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court whose direction the service was made.

Executed on **July 3, 2008**, at Los Angeles, California.

_Deborah A. Jones_
Deborah A. Jones

LA:217169.1A

-1-

<u>SERVICE LIST</u>

Mark L. Hogge, Esq. (to be admitted Pro Hac Vice)
Eve Triffo, Esq.
Ronald W. Kleinman (to be admitted Pro Hac Vice)
C. Allen Foster (to be admitted Pro Hac Vice)
**GREENBERG TRAURIG, LLP**
2101 L Street, N.W., Suite 1000
Washington, DC 20036
Phone: (202) 331-3100
Fax: (202) 331-3101

David Perez, Esq.
**GREENBERG TRAURIG, LLP**
1900 University Avenue, 5th Floor
East Palo Alto, CA 94303
Phone: (650) 328-8500
Fax: (650) 328-8508