UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KAISER FOUNDATION HEALTH PLAN,
INC., et al.

No. C  08-03245 JCS

        Plaintiff(s),

    v.

MEDQUIST, INC., et al.

        Defendant(s).

**DECLINATION TO PROCEED BEFORE
A MAGISTRATE JUDGE
AND
REQUEST FOR REASSIGNMENT TO A
UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United

States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to

a United States District Judge.

Dated: July 14, 2008

Signature

Counsel for  Plaintiffs
(Plaintiff, Defendant, or indicate "pro se")