1  MARK HOGGE (DCBN 404882)*(pro hac appln pending)*
   EVE TRIFFO (SBN 61819)
2  RONALD W. KLEINMAN (DCBN 948026)*(pro hac appln pending)*
3  GREENBERG TRAURIG, LLP
   2101 L Street, N.W. Suite 1000
4  Washington, D.C. 20037
   Telephone: (202) 331-3100
5  Facsimile: (202) 331-3101

6  WILLIAM J. GOINES (SBN 61290)
   DAVID PEREZ (SBN 238136)
7  CINDY HAMILTON (SBN 217951)
   GREENBERG TRAURIG, LLP
8  1900 University Avenue, 5th Floor
   East Palo Alto, CA 94303
9  Telephone: (650) 328-8500
   Facsimile: (650) 328-8508
10
   Attorneys for Plaintiffs Kaiser Foundation Health Plan, Inc.;
11 Kaiser Foundation Hospitals; The Permanente Medical Group,
   Inc.; Southern California Permanente Medical Group; Kaiser
12 Foundation Health Plan of the Mid-Atlantic States, Inc.; and
   Kaiser Foundation Health Plan of Colorado
13

FILED
08 JUL 17 PM 3:28
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

14  UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

15  SAN FRANCISCO

| | |
|---|---|
| 16 KAISER FOUNDATION HEALTH PLAN, INC., KAISER FOUNDATION HOSPITALS, THE PERMANENTE MEDICAL GROUP, INC., SOUTHERN CALIFORNIA PERMANENTE MEDICAL GROUP, KAISER FOUNDATION HEALTH PLAN OF THE MID-ATLANTIC STATES, INC., and KAISER FOUNDATION HEALTH PLAN OF COLORADO<br><br>Plaintiffs,<br><br>v.<br><br>MEDQUIST, INC. AND MEDQUIST TRANSCRIPTIONS, LTD.<br><br>Defendants. | Case No. C 08-03245 PJH<br><br>**APPLICATION FOR ADMISSION OF MARK L. HOGGE ATTORNEY PRO HAC VICE** |

BY FAX

1                                                                 Case No. C 08-03245 PJH
APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE

1  PURSUANT TO Civil L.R., 11-3, Mark L. Hogge is an active member in good standing of
2  the bar of District of Columbia, hereby applies for admission to practice in the Northern District of
3  California on a pro hac vice basis representing Plaintiffs in the above-entitled action.
4  In support of this application, I certify on oath that:
5      1.    I am an active member in good standing of the Supreme Court of the United States;
6  and the United States District Court for the District of Columbia;
7      2.    I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule
8  11-4, to comply with General Order No. 45, electronic Case Filing, and to become familiar with the
9  Local Rules and the alternative Dispute Resolution programs of this Court; and,
10     3.    An attorney who is a member of the bar of this Court in good standing and who
11 maintains an office within the State of California has been designated s co-counsel in the above-
12 entitled action. The name, address and telephone number of that attorney is:

    David Perez (SBN 238136)
    GREENBERG TRAURIG, LLP
    1900 University Avenue, 5th Floor
    East Palo Alto, CA 94303
    Telephone: (650) 328-8500
    Facsimile:  (650) 328-8508

17 I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 16, 2008

                                        */s/ Mark L. Hogge*
                                        Mark L. Hogge

```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611021419
Cashier ID: bucklem
Transaction Date: 07/17/2008
Payer Name: One Legal LLC
------------------------------------
PRO HAC VICE
 For: ronald w kleinman
 Case/Party: D-CAN-3-08-AT-PROHAC-001
 Amount:         $210.00
PRO HAC VICE
 For: mark l hogge
 Case/Party: D-CAN-3-08-AT-PROHAC-001
 Amount:         $210.00
------------------------------------
CHECK
 Check/Money Order Num: d3027932
 Amt Tendered:   $420.00
------------------------------------
Total Due:       $420.00
Total Tendered:  $420.00
Change Amt:      $0.00

c08-3245pjh


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```

COPY

RECEIVED
08 JUL 17 PM 3:28
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  MARK L. HOGGE (DCBN 404882)*(pro hac appln pending)*
   EVE TRIFFO (SBN 61819)
2  RONALD W. KLEINMAN (DCBN 948026)*(pro hac appln pending)*
3  GREENBERG TRAURIG, LLP
   2101 L Street, N.W. Suite 1000
4  Washington, D.C. 20037
   Telephone: (310) 498-2697
5  Facsimile: (310) 586-0502

6  WILLIAM J. GOINES (SBN 61290)
   DAVID PEREZ (SBN 238136)
7  CINDY HAMILTON (SBN 217951)
   GREENBERG TRAURIG, LLP
8  1900 University Avenue, 5th Floor
   East Palo Alto, CA 94303
9  Telephone: (650) 328-8500
   Facsimile: (650) 328-8508

Attorneys for Plaintiffs Kaiser Foundation Health Plan, Inc.;
Kaiser Foundation Hospitals; The Permanente Medical Group,
Inc.; Southern California Permanente Medical Group; Kaiser
Foundation Health Plan of the Mid-Atlantic States, Inc.; and
Kaiser Foundation Health Plan of Colorado

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| KAISER FOUNDATION HEALTH PLAN, INC., KAISER FOUNDATION HOSPITALS, THE PERMANENTE MEDICAL GROUP, INC., SOUTHERN CALIFORNIA PERMANENTE MEDICAL GROUP, KAISER FOUNDATION HEALTH PLAN OF THE MID-ATLANTIC STATES, INC., and KAISER FOUNDATION HEALTH PLAN OF COLORADO<br><br>Plaintiffs,<br><br>v.<br><br>MEDQUIST, INC. AND MEDQUIST TRANSCRIPTIONS, LTD.<br><br>Defendants. | Case No. C 08-03245 PJH<br><br>[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF MARK L. HOGGE ATTORNEY PRO HAC VICE |
|---|---|

BY FAX

Mark L. Hogge, an active member in good standing of the bar of United States District Court for the District of Columbia whose business address and telephone number is

1  
2  Greenberg Traurig LLP
   2101 L Street, N.W., Suite 1000
   Washington, D.C. 20037
3  Telephone number (202) 530-8597

4      Having applied in the above-entitled action for admission to practice in the Northern District
5  of California on a *pro have vice* basis, representing Plaintiffs.
6      IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
7  conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*.
8  Service of papers upon and communication with co-counsel designated in the application will
9  constitute notice to the party. All future filings in this action are subject to the requirements
10 contained in General Order No. 45, Electronic Case Filing.

11  
12 Dated:_____   _____
                                   JUDGE, UNITED STATES DISTRICT COURT
13                                 NORTHERN DISTRICT OF CALIFORNIA
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28