COPY

1  MARK L. HOGGE (DCBN 404882)(pro hac appln pending)
   EVE TRIFFO (SBN 61819)
2  RONALD W. KLEINMAN (DCBN 948026)(pro hac appln pending)
3  GREENBERG TRAURIG, LLP
   2101 L Street, N.W. Suite 1000
4  Washington, D.C. 20037
   Telephone: (202) 331-3100
5  Facsimile: (310) 331-3101

6  WILLIAM J. GOINES (SBN 61290)
   DAVID PEREZ (SBN 238136)
7  CINDY HAMILTON (SBN 217951)
   GREENBERG TRAURIG, LLP
8  1900 University Avenue, 5th Floor
   East Palo Alto, CA 94303
9  Telephone: (650) 328-8500
   Facsimile:  (650) 328-8508
10
   Attorneys for Plaintiffs Kaiser Foundation Health Plan, Inc.;
11 Kaiser Foundation Hospitals; The Permanente Medical Group,
   Inc.; Southern California Permanente Medical Group; Kaiser
12 Foundation Health Plan of the Mid-Atlantic States, Inc.; and
   Kaiser Foundation Health Plan of Colorado
13

14        UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

15                                  SAN FRANCISCO

16 | KAISER FOUNDATION HEALTH PLAN, INC., KAISER FOUNDATION | Case No. C 08-03245 PJH
17 | HOSPITALS, THE PERMANENTE MEDICAL GROUP, INC., SOUTHERN | [PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF
18 | CALIFORNIA PERMANENTE MEDICAL GROUP, KAISER FOUNDATION | RONALD W. KLEINMAN ATTORNEY PRO HAC VICE
19 | HEALTH PLAN OF THE MID-ATLANTIC STATES, INC., and KAISER
20 | FOUNDATION HEALTH PLAN OF COLORADO
21 |         Plaintiffs,
22 | v.
23 | MEDQUIST, INC. AND MEDQUIST
24 | TRANSCRIPTIONS, LTD.
25 |         Defendants.

26

27        Ronald W. Kleinman, is an active member in good standing of the bar of United States

28 District Court for the District of Columbia whose business address and telephone number is

                                                1                          Case No. C 08-03245 PJH
[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF RONALD W. KLEINMAN PRO HAC VICE
SV 346,304,944v1 7-17-08

1  Greenberg Traurig LLP
2  2101 L Street, N.W., Suite 1000
   Washington, D.C. 20037
3  Tel. no. (202) 530-8597

4  Having applied in the above-entitled action for admission to practice in the Northern District
5  of California on a *pro have vice* basis, representing Plaintiffs.
6      IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
7  conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*.
8  Service of papers upon and communication with co-counsel designated in the application will
9  constitute notice to the party. All future filings in this action are subject to the requirements
10 contained in General Order No. 45, Electronic Case Filing.

12 Dated: 7/22/08



JUDGE, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IT IS SO ORDERED
Judge Phyllis J. Hamilton

2

Case No. C 08-03245 PJH

[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF RONALD W. KLEINMAN PRO HAC VICE
SV 346,304,944v1 7-17-08