1  Neal R. Marder (SBN: 126879)
   nmarder@winston.com
2  Kyle R. Gehrmann (SBN: 212032)
   kgehrmann@winston.com
3  WINSTON & STRAWN LLP
   333 South Grand Avenue, 38th Floor
4  Los Angeles, CA 90071-1543
   Telephone:    213-615-1700
5  Facsimile:     213-615-1750

6  Attorneys for Defendants
   MEDQUIST INC. AND MEDQUIST
7  TRANSCRIPTIONS, LTD.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| KAISER FOUNDATION HEALTH PLAN, INC., et al.<br><br>          Plaintiffs,<br><br>     vs.<br><br>MEDQUIST, INC, et al.<br><br>          Defendants. | **Case No. 3:08-cv-03245 (PJH)**<br><br>**DECLARATION OF MICHAEL CLARK IN SUPPORT OF DEFENDANTS' MOTION TO TRANSFER VENUE TO THE DISTRICT OF NEW JERSEY, CAMDEN DIVISION**<br><br>Date: August 27, 2008<br>Time: 9:00 AM<br>Location: Courtroom 3, 17th Floor<br><br>The Honorable Phyllis J. Hamilton |

Winston & Strawn LLP
333 South Grand Avenue
Los Angeles, CA 90071-1543

DECLARATION

**DECLARATION OF MICHAEL CLARK**

I, Michael Clark, hereby declare:

1. I am Senior Vice President, Operations, of Defendant MedQuist Inc. ("MedQuist"). I make this declaration in support of Defendants' Motion to Transfer Venue to the District of New Jersey, Camden Division. The facts set forth herein are true of my own personal knowledge, except as to those matters stated upon information and belief, and, as to such matters, I believe them to be true. If called upon as a witness regarding the matters set forth herein, I could and would testify competently thereto.

2. In my capacity as Senior Vice President of Operations, I am generally familiar with MedQuist's corporate governance and structure. I am also generally familiar with MedQuist's transcription and non-transcription services.

3. MedQuist, through its wholly owned subsidiary, MedQuist Transcriptions, Ltd., operates the largest medical transcription business in the United States out of its corporate headquarters in Mount Laurel, New Jersey. MedQuist's principal place of business is also in Mount Laurel, New Jersey.

4. Significant financial, administrative, and employee decisions and functions are performed at the corporate level in New Jersey, including contract management, payroll processing, invoice distribution, collection activities, and financial reporting and auditing.

5. Although MedQuist has employees in California, nearly all of MedQuist's California workforce constitutes non-managerial medical transcriptionists.

6. Accounting and invoicing operations, including collections, accounts payable, and payroll, occur largely in New Jersey. None of these operations occurs in California.

7. Invoice creation occurs in New Jersey and customers send payments of invoices to a lock box in Newark, New Jersey. No invoice creation takes place in California.

8. On information and belief, many of the documents and data that may be relevant to the subject matter of this litigation are maintained in or around MedQuist's New Jersey headquarters including documents regarding contracting, accounting, invoicing, and MedQuist's

1 corporate policies, operational procedures, as well as documents regarding MedQuist's different
2 transcription platforms.
3     9.    On information and belief, many of the individuals who may have knowledge
4 and information regarding the subject matter of this litigation work or reside in or in close proximity
5 to New Jersey or on the East Coast.
6     I declare under penalty of perjury under the laws of the United States of America and
7 the State of California, that the foregoing is true and correct.
8     Executed this ____ day of July, 2008, at Mount Laurel, New Jersey.

_____
Michael Clark

**Winston & Strawn LLP**
**333 South Grand Avenue**
**Los Angeles, CA 90071-1543**

LA:218391.2

2
DECLARATION

1 corporate policies, operational procedures, as well as documents regarding MedQuist's different
2 transcription platforms.
3     9.    On information and belief, many of the individuals who may have knowledge
4 and information regarding the subject matter of this litigation work or reside in or in close proximity
5 to New Jersey or on the East Coast.
6     I declare under penalty of perjury under the laws of the United States of America and
7 the State of California, that the foregoing is true and correct.
8     Executed this 22nd day of July, 2008, at Mount Laurel, New Jersey.

Michael Clark

LA:218391.2

2
DECLARATION