MARK HOGGE (DCBN 404882)*(appearing pro hac)*
EVE TRIFFO (SBN 61819)
RONALD W. KLEINMAN (DCBN 948026)*(appearing pro hac)*
GREENBERG TRAURIG, LLP
2101 L Street, N.W. Suite 1000
Washington, D.C. 20037
Telephone: (202) 331-3100
Facsimile: (202) 331-3101

WILLIAM J. GOINES (SBN 61290)
DAVID PEREZ (SBN 238136)
CINDY HAMILTON (SBN 217951)
GREENBERG TRAURIG, LLP
1900 University Avenue, 5th Floor
East Palo Alto, CA 94303
Telephone: (650) 328-8500
Facsimile:  (650) 328-8508

Attorneys for Plaintiffs Kaiser Foundation Health Plan, Inc.; Kaiser Foundation Hospitals; The Permanente Medical Group, Inc.; Southern California Permanente Medical Group; Kaiser Foundation Health Plan of the Mid-Atlantic States, Inc.; and Kaiser Foundation Health Plan of Colorado

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KAISER FOUNDATION HEALTH PLAN, INC., KAISER FOUNDATION HOSPITALS, THE PERMANENTE MEDICAL GROUP, INC., SOUTHERN CALIFORNIA PERMANENTE MEDICAL GROUP, KAISER FOUNDATION HEALTH PLAN OF THE MID-ATLANTIC STATES, INC., and KAISER FOUNDATION HEALTH PLAN OF COLORADO<br><br>Plaintiffs,<br><br>v.<br><br>MEDQUIST, INC. AND MEDQUIST TRANSCRIPTIONS, LTD.<br><br>Defendants. | Case No. C 08-03245 PJH<br><br>**PLAINTIFFS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

1 | Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named
2 | parties, there is no such interest to report.

4 | Dated: July 24, 2008

GREENBERG TRAURIG, LLP

By: _____/s/_____
    Eve Triffo

Attorneys for Plaintiffs Kaiser Foundation Health Plan, Inc.; Kaiser Foundation Hospitals; The Permanente Medical Group, Inc.; Southern California Permanente Medical Group; Kaiser Foundation Health Plan of the Mid-Atlantic States, Inc.; and Kaiser Foundation Health Plan of Colorado