| | |
|---|---|
| 1 | MARK L. HOGGE (*Pro Hac Vice*) |
|   | hoggem@gtlaw.com |
| 2 | EVE TRIFFO (SBN 61819) |
|   | triffoe@gtlaw.com |
| 3 | RONALD W. KLEINMAN (*Pro Hac Vice*) |
|   | kleinmanr@gtlaw.com |
| 4 | GREENBERG TRAURIG, LLP |
|   | 2101 L Street, N.W. Suite 1000 |
| 5 | Washington, D.C. 20037 |
|   | Telephone: (202) 331-3100 |
| 6 | Facsimile: (202) 331-3101 |
| 7 | WILLIAM J. GOINES (SBN 61290) |
|   | goinesw@gtlaw.com |
| 8 | DAVID PEREZ (SBN 238136) |
|   | perezdj@gtlaw.com |
| 9 | GREENBERG TRAURIG, LLP |
|   | 1900 University Avenue, 5th Floor |
| 10 | East Palo Alto, CA 94303 |
|   | Telephone: (650) 328-8500 |
| 11 | Facsimile: (650) 328-8508 |
| 12 | Attorneys for Plaintiffs Kaiser Foundation Health Plan, Inc.; Kaiser Foundation Hospitals; The Permanente Medical Group, Inc.; Southern California Permanente Medical Group; Kaiser Foundation Health Plan of the Mid-Atlantic States, Inc.; and Kaiser Foundation Health Plan of Colorado |

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KAISER FOUNDATION HEALTH PLAN, INC., KAISER FOUNDATION HOSPITALS, THE PERMANENTE MEDICAL GROUP, INC., SOUTHERN CALIFORNIA PERMANENTE MEDICAL GROUP, KAISER FOUNDATION HEALTH PLAN OF THE MID-ATLANTIC STATES, INC., and KAISER FOUNDATION HEALTH PLAN OF COLORADO<br><br>Plaintiffs,<br><br>v.<br><br>MEDQUIST, INC. AND MEDQUIST TRANSCRIPTIONS, LTD.<br><br>Defendants. | Case No. C 08-03245 PJH<br><br>**DECLARATION OF EVE TRIFFO IN SUPPORT OF STIPULATION TO CONTINUE DATES FOR OPPOSITION, REPLY AND HEARING ON DEFENDANTS' MOTION TO DISMISS (DOCUMENT 16) AND MOTION TO TRANSFER VENUE (DOCUMENT 18)**<br><br>Date: August 27, 2008<br>Time: 9:00 a.m.<br>Location: Courtroom 3, 17th Floor<br>Judge: Hon. Phyllis J. Hamilton |

1                                         Case No. C 08-03245 PJH
DECL. OF TRIFFO IN SUPPORT OF STIPULATION TO CONTINUE OPPOSITION, REPLY AND HEARING DATES
WDC 371,661,475v2 7-29-08

I, Eve Triffo, hereby declare:

1. I am an attorney licensed to practice before the United States District Court for the Northern District of California. I am an attorney with Greenberg Traurig LLP, attorneys of record for Plaintiffs Kaiser Foundation Health Plan, Inc., Kaiser Foundation Hospitals, The Permanente Medical Group, Inc., Southern California Permanente Medical Group, Kaiser Foundation Health Plan of the Mid-Atlantic States, Inc., and Kaiser Foundation Health Plan of Colorado (collectively, "Plaintiffs"), in the matter of *Kaiser Foundation Health Plan, Inc., et al. v. MedQuist, Inc., et al.*, No. C 08-03245 PJH, in the U.S. District Court for the Northern District of California, San Francisco Division.

2. I make this declaration pursuant to Civil Local Rule 6-2 and in support of the parties' Stipulation to Continue Dates for Opposition, Reply and Hearing on Defendants' Motion to Dismiss (Document 16) and Motion to Transfer Venue (Document 18). This declaration is based upon my own personal knowledge. If called as a witness to testify to the matters asserted herein, I could testify competently.

3. The necessity of this time enlargement is based on the following:

   a. Plaintiffs requested Defendants stipulate to this time enlargement because the parties had agreed to schedule a formal mediation on July 24, 2008 before the Hon. Read Ambler at JAMS in San Jose in an attempt to achieve a settlement in the above-captioned matter. That mediation involved exchanging mediation briefs and expert analyses of damages a week prior to the mediation. Prior to July 24, Defendants filed and served motions to dismiss and transfer venue, the responses to which are due on August 6. The mediator today made a proposal to which the parties must respond by July 31. Settlement discussions are ongoing.

   b. Plaintiffs requested Defendants stipulate to this time enlargement because Mark Hogge, counsel of record for Plaintiffs, has a two-week trial commencing August 11, 2008, the preparation for which has taken and will continue to take a substantial amount of his time.

///

1  I declare under penalty of perjury under the laws of the State of California and the United
2 States that the foregoing is true and correct, and that this declaration was executed on July 29, 2008,
3 at Canon City, Colorado.

/s/ Eve Triffo
EVE TRIFFO