| | |
|---|---|
| 1 | MARK L. HOGGE (*Pro Hac Vice*)<br>hoggem@gtlaw.com |
| 2 | EVE TRIFFO (SBN 61819)<br>triffoe@gtlaw.com |
| 3 | RONALD W. KLEINMAN (*Pro Hac Vice*)<br>kleinmanr@gtlaw.com |
| 4 | GREENBERG TRAURIG, LLP<br>2101 L Street, N.W. Suite 1000 |
| 5 | Washington, D.C. 20037<br>Telephone: (202) 331-3100 |
| 6 | Facsimile: (202) 331-3101 |
| 7 | WILLIAM J. GOINES (SBN 61290)<br>goinesw@gtlaw.com |
| 8 | DAVID PEREZ (SBN 238136)<br>perezdj@gtlaw.com |
| 9 | GREENBERG TRAURIG, LLP<br>1900 University Avenue, 5th Floor |
| 10 | East Palo Alto, CA 94303<br>Telephone: (650) 328-8500 |
| 11 | Facsimile: (650) 328-8508 |
| 12 | Attorneys for Plaintiffs Kaiser Foundation Health Plan, Inc.; Kaiser Foundation |
| 13 | Hospitals; The Permanente Medical Group, Inc.; Southern California Permanente Medical |
| 14 | Group; Kaiser Foundation Health Plan of the Mid-Atlantic States, Inc.; and Kaiser |
| 15 | Foundation Health Plan of Colorado |

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 18 | KAISER FOUNDATION HEALTH PLAN, INC., KAISER FOUNDATION HOSPITALS, THE PERMANENTE MEDICAL GROUP, INC., SOUTHERN CALIFORNIA PERMANENTE MEDICAL GROUP, KAISER FOUNDATION HEALTH PLAN OF THE MID-ATLANTIC STATES, INC., and KAISER FOUNDATION HEALTH PLAN OF COLORADO<br><br>Plaintiffs,<br><br>v.<br><br>MEDQUIST, INC. AND MEDQUIST TRANSCRIPTIONS, LTD.<br><br>Defendants. | Case No. C 08-03245 PJH<br><br>**STIPULATION TO CONTINUE DATES FOR OPPOSITION, REPLY AND HEARING ON DEFENDANTS' MOTION TO DISMISS (DOCUMENT 16) AND MOTION TO TRANSFER VENUE (DOCUMENT 18); [~~PROPOSED~~] ORDER**<br><br>Date: August 27, 2008<br>Time: 9:00 a.m.<br>Location: Courtroom 3, 17th Floor<br>Judge: Hon. Phyllis J. Hamilton |

1  TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  Pursuant to Civil Local Rules 6-2 and 7-12, this Stipulation is entered into by and between Plaintiffs Kaiser Foundation Health Plan, Inc., Kaiser Foundation Hospitals, The Permanente Medical Group, Inc., Southern California Permanente Medical Group, Kaiser Foundation Health Plan of the Mid-Atlantic States, Inc., and Kaiser Foundation Health Plan of Colorado (collectively, "Plaintiffs") and Defendants MedQuist Inc. and MedQuist Transcriptions, Ltd. (collectively, "Defendants"), by and through their counsel of record. Plaintiffs and Defendants are collectively referred to as the "Parties."

WHEREAS, on July 21, 2008 and July 22, 2008, respectively, Defendants filed a Notice of Motion and Motion to Dismiss, and a Notice of Motion and Motion to Transfer Venue to the District of New Jersey; and

WHEREAS, Plaintiffs requested and Defendants agreed to stipulate to enlarge the time for Plaintiffs to respond to these motions because Plaintiffs need additional time; and

WHEREAS, there have been no previous time modifications in this case, whether by stipulation or Court order; and

WHEREAS, the requested time modification would have no impact on the overall schedule of the case.

IT IS HEREBY STIPULATED by and between the Parties, by and through their respective counsel, and subject to this Court's approval, that:

1. The hearing date for both motions, presently set for August 27, 2008, shall be continued to September 24, 2008.

2. The date for Plaintiffs' oppositions to both motions, presently set for August 6, 2008, shall be continued to August 27, 2008.

3. The date for Defendants' replies in support of both motions, presently set for August 13, 2008, shall be continued to September 10, 2008.

///
///
///

| | | |
|---|---|---|
| 1 | Dated: July 29, 2008 | GREENBERG TAURIG, LLP |
| 2 | | |
| 3 | | By: _____/s/ Eve Triffo_____<br>EVE TRIFFO |
| 4 | | |
| 5 | | Attorneys for Plaintiffs Kaiser Foundation Health Plan, Inc.; Kaiser Foundation Hospitals; The Permanente Medical Group, Inc.; Southern California Permanente Medical Group; Kaiser Foundation Health Plan of the Mid-Atlantic States, Inc.; and Kaiser Foundation Health Plan of Colorado |
| 8 | Dated: July 29, 2008 | WINSTON & STRAWN LLP |
| 10 | | By: _____/s/ Kyle Gehrmann_____<br>KYLE GEHRMANN |
| 12 | | Attorneys for Defendants MedQuist Inc. and MedQuist Transcriptions, Ltd. |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 8/1/08 _____

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*
*[Stamp: IT IS SO ORDERED — Judge Phyllis J. Hamilton]*