MARK L. HOGGE (*Pro Hac Vice*)
hoggem@gtlaw.com
EVE TRIFFO (SBN 61819)
triffoe@gtlaw.com
RONALD W. KLEINMAN (*Pro Hac Vice*)
kleinmanr@gtlaw.com
GREENBERG TRAURIG, LLP
2101 L Street, N.W. Suite 1000
Washington, D.C. 20037
Telephone: (202) 331-3100
Facsimile: (202) 331-3101

WILLIAM J. GOINES (SBN 61290)
goinesw@gtlaw.com
DAVID PEREZ (SBN 238136)
perezdj@gtlaw.com
GREENBERG TRAURIG, LLP
1900 University Avenue, 5th Floor
East Palo Alto, CA 94303
Telephone: (650) 328-8500
Facsimile: (650) 328-8508

Attorneys for Plaintiffs Kaiser Foundation
Health Plan, Inc.; Kaiser Foundation
Hospitals; The Permanente Medical Group,
Inc.; Southern California Permanente Medical
Group; Kaiser Foundation Health Plan of the
Mid-Atlantic States, Inc.; and Kaiser
Foundation Health Plan of Colorado

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KAISER FOUNDATION HEALTH PLAN, INC., KAISER FOUNDATION HOSPITALS, THE PERMANENTE MEDICAL GROUP, INC., SOUTHERN CALIFORNIA PERMANENTE MEDICAL GROUP, KAISER FOUNDATION HEALTH PLAN OF THE MID-ATLANTIC STATES, INC., and KAISER FOUNDATION HEALTH PLAN OF COLORADO<br><br>Plaintiffs,<br><br>v.<br><br>MEDQUIST, INC. AND MEDQUIST TRANSCRIPTIONS, LTD.<br><br>Defendants. | Case No. C 08-03245 PJH<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO TRANSFER VENUE TO THE DISTRICT OF NEW JERSEY AND TO STAY BRIEFING ON DEFENDANTS' MOTION TO DISMISS UNTIL TRANSFER HAS BEEN COMPLETED** |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to Civil Local Rules 6-2 and 7-12, this Stipulation is entered into by and between Plaintiffs Kaiser Foundation Health Plan, Inc., Kaiser Foundation Hospitals, The Permanente Medical Group, Inc., Southern California Permanente Medical Group, Kaiser Foundation Health Plan of the Mid-Atlantic States, Inc., and Kaiser Foundation Health Plan of Colorado (collectively, "Plaintiffs") and Defendants MedQuist Inc. and MedQuist Transcriptions, Ltd. (collectively, "Defendants"), by and through their counsel of record. Plaintiffs and Defendants are collectively referred to as the "Parties."

WHEREAS, on July 21, 2008 and July 22, 2008, respectively, Defendants filed a Notice of Motion and Motion to Dismiss (Document 16), and a Notice of Motion and Motion to Transfer Venue to the District of New Jersey (Camden Vicinage) (Document 18); and

WHEREAS, Plaintiffs' opposition to Defendants' Motion to Dismiss is due on or before August 27, 2008 by joint stipulation and order of this Court; and

WHEREAS Plaintiffs do not oppose Defendants' Motion to Transfer Venue to the District of New Jersey (Camden Vicinage); and

WHEREAS, the parties agree that this action is related to *South Broward Hospital District, et al. v. MedQuist, Inc., et al.*, United States District Court for the District of New Jersey (Camden Vicinage) Case No. 05-CV-2206 (JBS/AMD);

IT IS HEREBY STIPULATED by and between the Parties, by and through their respective counsel of record, and subject to this Court's approval, that:

1. Defendants' Motion to Transfer Venue to the District of New Jersey (Camden Vicinage) be granted; and

2. Briefing on Defendants' Motion to Dismiss be stayed until such time as the Clerk of the District of New Jersey (Camden Vicinage) dockets Defendants' Motion to Dismiss for briefing.

| | | |
|---|---|---|
| 1 | Dated: August 25, 2008 | GREENBERG TRAURIG, LLP |
| 2 | | |
| 3 | | By____/s/____<br>DAVID PEREZ |
| 4 | | |
| 5 | | Attorneys for Plaintiffs Kaiser Foundation Health Plan, Inc.; Kaiser Foundation Hospitals; The Permanente Medical Group, Inc.; Southern California Permanente Medical Group; Kaiser Foundation Health Plan of the Mid-Atlantic States, Inc.; and Kaiser Foundation Health Plan of Colorado |
| 8 | Dated: August 25, 2008 | WINSTON & STRAWN LLP |
| 10 | | By:____/s/____<br>NEAL MARDER |
| 12 | | Attorneys for Defendants MedQuist Inc. and MedQuist Transcriptions, Ltd. |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 8/25/08

UNITED STATES D[ISTRICT JUDGE]

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Phyllis J. Hamilton]*