**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

August 26, 2008

United States District Court
District of New Jersey (Camden)
4th and Cooper Streets
Room 1050
Camden, NJ 08101

RE: CV 08-03245 PJH  KAISER FOUNDATION HEALTH PLAN, INC.-v-MEDQUIST INC.

Dear Clerk,

    Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

☐ Certified copy of docket entries.

☐ Certified copy of Transferral Order.

☐ Original case file documents.

☒ Please access the electronic case file for additional pleadings you may need. See the attached instructions for details.

    Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,
RICHARD W. WIEKING, Clerk

by: Felicia Reloba
Case Systems Administrator

Enclosures
Copies to counsel of record

ADRMOP, CLOSED, E-Filing, TRANSF

# U.S. District Court
## California Northern District (San Francisco)
### CIVIL DOCKET FOR CASE #: 3:08-cv-03245-PJH
#### Internal Use Only

| | |
|---|---|
| Kaiser Foundation Health Plan Inc et al v. Medquist Inc. et al | Date Filed: 07/03/2008 |
| Assigned to: Hon. Phyllis J. Hamilton | Date Terminated: 08/26/2008 |
| Demand: $7,000,000 | Jury Demand: Plaintiff |
| Case in other court:  California Superior Court County of Alameda, RG08391487 | Nature of Suit: 190 Contract: Other |
| | Jurisdiction: Diversity |
| Cause: 28:1332 Diversity-Other Contract | |

**Plaintiff**

**Kaiser Foundation Health Plan Inc**  represented by  **Cindy Hamilton**
Greenberg Traurig, LLP
1900 University Avenue
5th Floor
East Palo Alto , CA 94303
650-328-8500
Fax: 650-328-8508
Email: hamiltonc@gtlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eve Triffo**
Greenberg Traurig, LLP
2101 L Street, N.W.
Suite 1000
Washington , DC 20037
202-331-3100
Fax: 310-331-3101
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William J. Goines**
Greenberg Traurig, LLP
1900 University Avenue
5th Floor
East Palo Alto , CA 94303
650-328--8500
Fax: 650-328-8508
Email: goinesw@gtlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Joseph Perez**
Greenberg Traurig LLP
1900 University Avenue
Fifth Floor
East Palo Alto , CA 94303
650-328-8500
Fax: 650-328-8508
Email: perezdj@gtlaw.com
*ATTORNEY TO BE NOTICED*

**Eve Triffo**
Greenberg Traurig, LLP
2101 L. Street N.W.
Ste. 1000
Washington , DC 20037
202-331-3100
Fax: 310-586-0502
Email: triffoe@gtlaw.com
*ATTORNEY TO BE NOTICED*

**Mark L. Hogge**
Greenberg Traurig, LLP
2101 L Street, N.W.
Suite 1000
Washington , DC 20037
202-530-8597
Fax: 310-586-0502
Email: hoggem@gtlaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ronald W. Kleinman**
Greenberg Traurig LLP
2101 L Street, N.W.
Suite 1000
Washington , DC 20037
202-530-8597
Fax: 310-331-3101
Email: kleinmanr@gtlaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Kaiser Foundation Hospitals** | represented by | **Cindy Hamilton**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Eve Triffo** |

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William J. Goines**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Joseph Perez**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eve Triffo**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mark L. Hogge**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ronald W. Kleinman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**The Permanente Medical Group, Inc.**          represented by  **Cindy Hamilton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eve Triffo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William J. Goines**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Joseph Perez**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eve Triffo**
(See above for address)
*ATTORNEY TO BE NOTICED*

                                        **Mark L. Hogge**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ronald W. Kleinman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Southern California Permanente Medical Group**      represented by     **Cindy Hamilton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eve Triffo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William J. Goines**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Joseph Perez**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eve Triffo**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mark L. Hogge**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ronald W. Kleinman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kaiser Foundation Health Plan of the Mid-Atlantic States, Inc.**      represented by     **Cindy Hamilton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eve Triffo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William J. Goines**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Joseph Perez**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eve Triffo**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mark L. Hogge**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ronald W. Kleinman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Kaiser Foundation Health Plan of Colorado** | represented by | **Cindy Hamilton**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Eve Triffo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William J. Goines**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Joseph Perez**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eve Triffo**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Mark L. Hogge**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ronald W. Kleinman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Medquist Inc.**              represented by   **Neal Ross Marder**
Winston & Strawn LLP
333 South Grand Avenue
38th Floor
Los Angeles , CA 90071-1543
213-615-1700
Fax: 213-615-1750
Email: nmarder@winston.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kyle Richard Gehrmann**
Winston & Strawn LLP
333 S. Grand Ave.
38th Floor
Los Angeles , CA 90071
213-615-1700
Fax: 213-615-1750
Email: kgehrmann@winston.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Medquist Transcriptions, LTD.**   represented by   **Neal Ross Marder**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kyle Richard Gehrmann**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
|  |  |  |

| | | |
|---|---|---|
| 07/03/2008 | 1 | NOTICE OF REMOVAL from California Superior Court County of Alameda. Their case number is C08391487. (Filing fee $350 receipt number 44611002365). Filed byMedquist Transcriptions, LTD., Medquist Inc.. (mat, COURT STAFF) (Filed on 7/3/2008) (Additional attachment(s) added on 7/21/2008: # 1 Part Two, # 2 Part Three, # 3 Part Four, # 4 Part Five) (far, COURT STAFF). (Entered: 07/11/2008) |
| 07/03/2008 | | CASE DESIGNATED for Electronic Filing. (mat, COURT STAFF) (Filed on 7/3/2008) (Entered: 07/11/2008) |
| 07/03/2008 | 2 | Disclosure Statement filed by Medquist Transcriptions, LTD. (mat, COURT STAFF) (Filed on 7/3/2008) (gba, COURT STAFF). (Entered: 07/11/2008) |
| 07/03/2008 | 3 | Disclosure Statement filed by Medquist Inc.. (mat, COURT STAFF) (Filed on 7/3/2008) (gba, COURT STAFF). (Entered: 07/11/2008) |
| 07/03/2008 | 4 | Certificate of Interested Entities or Persons by Medquist Transcriptions, LTD. identifying Other Affiliate MedQuist of Delaware, Inc., Other Affiliate Koninklijke Philips Electonics N.V., Other Affiliate CBay Systems Holding Ltd., Other Affiliate Newcastle Partners, L.P., Other Affiliate Newcastle Capital Management, L.P., Other Affiliate Newcastle Capital Group, L.L.C., Other Affiliate Mark W. Schwarz, Other Affiliate Costa Brava Partnership III L.P., Other Affiliate Roark, Reardon & Hamot, LLC., Other Affiliate Seth W. Hamot for Medquist Transcriptions, LTD.. (mat, COURT STAFF) (Filed on 7/3/2008) (gba, COURT STAFF). (Entered: 07/11/2008) |
| 07/03/2008 | 5 | Certificate of Interested Entities by Medquist Inc. identifying Other Affiliate Koninklijke Philips Electonics N.V., Other Affiliate CBay Systems Holding Ltd., Other Affiliate Newcastle Partners, L.P., Other Affiliate Newcastle Capital Management, L.P., Other Affiliate Newcastle Capital Group, L.L.C., Other Affiliate Costa Brava Partnership III L.P., Other Affiliate Roark, Reardon & Hamot, LLC., Other Affiliate Mark E. Schwarz for Medquist Inc.. (mat, COURT STAFF) (Filed on 7/3/2008) (gba, COURT STAFF). (Entered: 07/11/2008) |
| 07/03/2008 | 6 | ADR SCHEDULING ORDER: Joint Case Management Statement due by 10/3/2008. Case Management Conference set for 10/10/2008 01:30 PM. (Attachments: # 1 Standing Order, # 2 CMC Order)(mat, COURT STAFF) (Filed on 7/3/2008) (Entered: 07/11/2008) |
| 07/14/2008 | 7 | Declination to Proceed Before a U.S. Magistrate Judge by Kaiser Foundation Health Plan Inc, Kaiser Foundation Hospitals, The Permanente Medical Group, Inc., Southern California Permanente Medical Group, Kaiser Foundation Health Plan of the Mid-Atlantic States, Inc., Kaiser Foundation Health Plan of Colorado *and Request Reassignment to a United States District Judge*. (Perez, David) (Filed on 7/14/2008) (Entered: 07/14/2008) |
| 07/14/2008 | 8 | CERTIFICATE OF SERVICE by Medquist Transcriptions, LTD., Medquist Inc. *Of Removal Documents Filed With Superior Court and Related Documents* (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4)(Gehrmann, Kyle) (Filed on 7/14/2008) (Entered: 07/14/2008) |
| 07/16/2008 | 9 | CLERK'S NOTICE of Impending Reassignment to U.S. District Judge (klh, COURT STAFF) (Filed on 7/16/2008) (Entered: 07/16/2008) |
| 07/16/2008 | 10 | ORDER REASSIGNING CASE. Case reassigned to Judge Hon. Phyllis J. Hamilton for all further proceedings. Judge Magistrate Judge Joseph C. Spero no longer assigned to the case.. Signed by Executive Committee on 7/16/08. (as, COURT STAFF) (Filed on |

| | | |
|---|---|---|
| | | 7/16/2008) (Entered: 07/16/2008) |
| 07/16/2008 | | (Court only) ***Deadlines terminated. (far, COURT STAFF) (Filed on 7/16/2008) (Entered: 07/16/2008) |
| 07/16/2008 | 11 | CLERK'S NOTICE re: Notice of Removal (doc 1), Disclosure Statements (docs 2 and 3) and Certificate of Interested Entities (docs 4 and 5) ; Failure to E-File and/or Failure to Register as an E-Filer (far, COURT STAFF) (Filed on 7/16/2008) (Entered: 07/16/2008) |
| 07/17/2008 | 12 | ORDER SETTING CASE MANAGEMENT CONFERENCE. Signed by Judge Phyllis J. Hamilton on 7/17/08. (nah, COURT STAFF) (Filed on 7/17/2008) (Entered: 07/17/2008) |
| 07/17/2008 | | Set Deadlines/Hearings: Case Management Statement due by 10/16/2008. Initial Case Management Conference set for 10/23/2008 02:30 PM. (nah, COURT STAFF) (Filed on 7/17/2008) (Entered: 07/17/2008) |
| 07/17/2008 | 13 | MOTION for leave to appear in Pro Hac Vice of Mark L. Hogge ( Filing fee $ 210, receipt number 34611021419.) filed by Kaiser Foundation Health Plan Inc, Kaiser Foundation Hospitals, The Permanente Medical Group, Inc., Southern California Permanente Medical Group, Kaiser Foundation Health Plan of the Mid-Atlantic States, Inc., Kaiser Foundation Health Plan of Colorado. (Attachments: # 1 Proposed Order)(far, COURT STAFF) (Filed on 7/17/2008) (Entered: 07/21/2008) |
| 07/17/2008 | 14 | MOTION for leave to appear in Pro Hac Vice of Ronald W. Kleinman ( Filing fee $ 210, receipt number 34611021419.) filed by Kaiser Foundation Health Plan Inc, Kaiser Foundation Hospitals, The Permanente Medical Group, Inc., Southern California Permanente Medical Group, Kaiser Foundation Health Plan of the Mid-Atlantic States, Inc., Kaiser Foundation Health Plan of Colorado. (Attachments: # 1 Proposed Order)(far, COURT STAFF) (Filed on 7/17/2008) (Entered: 07/21/2008) |
| 07/21/2008 | 15 | *** FILED IN ERROR. PLEASE SEE DOCKET # 16 . ***<br>MOTION to Dismiss *AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF* filed by Medquist Transcriptions, LTD., Medquist Inc.. Motion Hearing set for 8/27/2008 09:00 AM in Courtroom 3, 17th Floor, San Francisco. (Attachments: # 1 Proposed Order Granting Motion of Medquist Inc. and Medquist Transcriptions, Ltd. to Dismiss Complaint)(Marder, Neal) (Filed on 7/21/2008) Modified on 7/22/2008 (ewn, COURT STAFF). (Entered: 07/21/2008) |
| 07/21/2008 | 16 | MOTION to Dismiss *AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF -- CORRECTION OF DOCKET # 15* filed by Medquist Transcriptions, LTD., Medquist Inc.. Motion Hearing set for 8/27/2008 09:00 AM in Courtroom 3, 17th Floor, San Francisco. (Attachments: # 1 Proposed Order GRANTING MOTION OF MEDQUIST INC. AND MEDQUIST TRANSCRIPTIONS, LTD. TO DISMISS COMPLAINT)(Marder, Neal) (Filed on 7/21/2008) (Entered: 07/21/2008) |
| 07/22/2008 | 17 | ORDER GRANTING APPLICATION FOR ADMISSION OF MARK L. HOGGE ATTORNEY PRO HAC VICE by Judge Phyllis J. Hamilton granting 13 Motion for Pro Hac Vice (nah, COURT STAFF) (Filed on 7/22/2008) (Entered: 07/22/2008) |
| 07/22/2008 | 18 | MOTION to Transfer Case *to The District of New Jersey (Camden Division)* filed by Medquist Transcriptions, LTD., Medquist Inc.. Motion Hearing set for 8/27/2008 09:00 AM in Courtroom 3, 17th Floor, San Francisco. (Attachments: # 1 Proposed Order)(Marder, Neal) (Filed on 7/22/2008) (Entered: 07/22/2008) |
| | | |

| | | |
|---|---|---|
| 07/22/2008 | 19 | ORDER GRANTING APPLICATION FOR ADMISSION OF RONALD W. KLEINMAN ATTORNEY PRO HAC VICE by Judge Phyllis J. Hamilton granting 14 Motion for Pro Hac Vice (nah, COURT STAFF) (Filed on 7/22/2008) (Entered: 07/22/2008) |
| 07/22/2008 | 20 | Declaration of Kyle R. Gehrmann in Support of 18 MOTION to Transfer Case *to The District of New Jersey (Camden Division)* MOTION to Transfer Case *to The District of New Jersey (Camden Division)* filed byMedquist Transcriptions, LTD., Medquist Inc.. (Attachments: # 1 Signature Page (Declarations/Stipulations) Kyle Gehrmann, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F)(Related document(s) 18 ) (Marder, Neal) (Filed on 7/22/2008) (Entered: 07/22/2008) |
| 07/22/2008 | 21 | EXHIBITS re 20 Declaration in Support,, *Re Kyle R. Gehrmann* filed byMedquist Transcriptions, LTD., Medquist Inc.. (Attachments: # 1 Exhibit H, # 2 Exhibit I, # 3 Exhibit J, # 4 Exhibit K, # 5 Exhibit L, # 6 Exhibit M, # 7 Exhibit N)(Related document(s) 20 ) (Marder, Neal) (Filed on 7/22/2008) (Entered: 07/22/2008) |
| 07/22/2008 | 22 | Declaration of Michael Clark in Support of 18 MOTION to Transfer Case *to The District of New Jersey (Camden Division)* MOTION to Transfer Case *to The District of New Jersey (Camden Division)* filed byMedquist Transcriptions, LTD., Medquist Inc.. (Attachments: # 1 Signature Page (Declarations/Stipulations) Michael Clark)(Related document(s) 18 ) (Marder, Neal) (Filed on 7/22/2008) (Entered: 07/22/2008) |
| 07/22/2008 | | (Court only) ***Attorney Ronald W. Kleinman for Kaiser Foundation Health Plan Inc, Kaiser Foundation Hospitals, The Permanente Medical Group, Inc., Southern California Permanente Medical Group, Kaiser Foundation Health Plan of the Mid-Atlantic States, Inc. and Kaiser Foundation Health Plan of Colorado, Mark L. Hogge for Kaiser Foundation Health Plan Inc, Kaiser Foundation Hospitals, The Permanente Medical Group, Inc., Southern California Permanente Medical Group, Kaiser Foundation Health Plan of the Mid-Atlantic States, Inc. and Kaiser Foundation Health Plan of Colorado added. (far, COURT STAFF) (Filed on 7/22/08) (Entered: 07/23/2008) |
| 07/22/2008 | | (Court only) ***Attorney William J. Goines for Kaiser Foundation Health Plan Inc, Kaiser Foundation Hospitals, The Permanente Medical Group, Inc., Southern California Permanente Medical Group, Kaiser Foundation Health Plan of the Mid-Atlantic States, Inc. and Kaiser Foundation Health Plan of Colorado, Cindy Hamilton for Kaiser Foundation Health Plan Inc, Kaiser Foundation Hospitals, The Permanente Medical Group, Inc., Southern California Permanente Medical Group, Kaiser Foundation Health Plan of the Mid-Atlantic States, Inc. and Kaiser Foundation Health Plan of Colorado, Eve Triffo for Kaiser Foundation Health Plan Inc, Kaiser Foundation Hospitals, The Permanente Medical Group, Inc., Southern California Permanente Medical Group, Kaiser Foundation Health Plan of the Mid-Atlantic States, Inc. and Kaiser Foundation Health Plan of Colorado added. (far, COURT STAFF) (Filed on 7/22/2008) (Entered: 07/23/2008) |
| 07/24/2008 | 23 | Certificate of Interested Entities by Kaiser Foundation Health Plan Inc, Kaiser Foundation Hospitals, The Permanente Medical Group, Inc., Southern California Permanente Medical Group, Kaiser Foundation Health Plan of the Mid-Atlantic States, Inc., Kaiser Foundation Health Plan of Colorado (Triffo, Eve) (Filed on 7/24/2008) (Entered: 07/24/2008) |
| 07/29/2008 | 24 | STIPULATION *[JOINT] and [PROPOSED] Order to Continue Dates of Opposition, Reply and Hearing on Defendants' Motion to Dismiss and Motion to Transfer Venue* by Kaiser Foundation Health Plan Inc, Kaiser Foundation Hospitals, The Permanente Medical Group, Inc., Southern California Permanente Medical Group, Kaiser Foundation Health Plan of the |

| | | |
|---|---|---|
| | | Mid-Atlantic States, Inc., Kaiser Foundation Health Plan of Colorado. (Triffo, Eve) (Filed on 7/29/2008) (Entered: 07/29/2008) |
| 07/29/2008 | 25 | Declaration of Eve Triffo in Support of 24 Stipulation, *[JOINT] to Continue Dates for Opposition, Reply and Hearing on Defendants' Motion to Dismiss and Motion to Transfer Venue* filed byKaiser Foundation Health Plan Inc, Kaiser Foundation Hospitals, The Permanente Medical Group, Inc., Southern California Permanente Medical Group, Kaiser Foundation Health Plan of the Mid-Atlantic States, Inc., Kaiser Foundation Health Plan of Colorado. (Related document(s) 24 ) (Triffo, Eve) (Filed on 7/29/2008) (Entered: 07/29/2008) |
| 08/01/2008 | 26 | STIPULATION AND ORDER TO CONTINUE DATES FOR OPPOSITION, REPLY AND HEARING ON DEFENDANTS' MOTION TO DISMISS AND DEFENDANTS' MOTION TO TRANSFER re 24 Stipulation, filed by Kaiser Foundation Health Plan of Colorado, Kaiser Foundation Health Plan Inc, Kaiser Foundation Hospitals, Kaiser Foundation Health Plan of the Mid-Atlantic States, Inc., Southern California Permanente Medical Group, The Permanente Medical Group, Inc. Defendants' Motion to Dismiss and Defendants' Motion to Transfer set for 9/24/2008 09:00 AM. Signed by Judge Phyllis J. Hamilton on 8/1/08. (nah, COURT STAFF) (Filed on 8/1/2008) Modified on 8/4/2008 (nah, COURT STAFF). (Entered: 08/01/2008) |
| 08/25/2008 | 27 | JOINT STIPULATION and [PROPOSED] Order to Transfer Venue to the District of New Jersey and to Stay Briefing on Defendants' Motion to Dismiss Until Transfer has been Completed by Kaiser Foundation Health Plan Inc, Kaiser Foundation Hospitals, The Permanente Medical Group, Inc., Southern California Permanente Medical Group, Kaiser Foundation Health Plan of the Mid-Atlantic States, Inc., Kaiser Foundation Health Plan of Colorado. (Perez, David) (Filed on 8/25/2008) Modified on 8/25/2008 (far, COURT STAFF). (Entered: 08/25/2008) |
| 08/26/2008 | 28 | STIPULATION AND ORDER TO TRANSFER VENUE TO THE DISTRICT OF NEW JERSEY AND TO STAY BRIEFING ON DEFENDANTS' MOTION TO DISMISS UNTIL TRANSFER HAS BEEN COMPLETED by Judge Phyllis J. Hamilton granting 18 Motion to Transfer Case. (nah, COURT STAFF) (Filed on 8/26/2008) (Entered: 08/26/2008) |